Bruce C. Wong Esquire
580 California Street, Ste 1600
San Francisco, CA 95104
Telephone: (415) 439-4850
Facsimile: (415) 520-4747

Attorney for Plaintiff

Name A#35551507

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Gloria Luce Macias de Sandoval: )<br>   Plaintiff, )<br>vs. )<br> )<br>Alberto Gonzales, United States )<br>Attorney General Emilio Gonzalez, )<br>Director United States Citizenship )<br>and Immigration Services )<br>Scott Schools, United States )<br>Attorney California Northern )<br>District Rosemary Melville, )<br>San Francisco District Director. )<br> )<br>   Defendants. )<br>_____) | **PLAINTIFF'S ORIGINAL COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS** |

   COME NOW Gloria Luce Macias de Sandoval Plaintiff in the above-styled and numbered cause, and for cause of action would show unto the Court the following:

1.   This action is brought against the Defendants to compel action on Form N-400, Application for Naturalization properly filed by the

1

Plaintiff. The application remains within the jurisdiction of the Defendants, who have improperly withheld action on said application to Plaintiff's detriment.

**PARTIES**

2.   Plaintiff Gloria Luce Macias de Sandoval is a 58-year-old native and citizen of Mexico, who is seeking to become a United States citizen. Plaintiff Gloria Luce Macias de Sandoval's N-400 naturalization application was filed with the U.S. Citizenship and Immigration Services (USCIS) on or about July 13, 2005. After appearing at her Naturalization interview on December 16, 2005 which she passed; the application has been upheld due to FBI fingerprint background check. Since the date of the interview, the appropriate government agency has not taken any further action.

3.   Defendant Alberto Gonzales is the United States Attorney General, and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act and is further authorized to delegate such powers and authority to subordinate employees of the DHS.  C.F.R. § 2.1.

4.   Defendant Emilio Gonzalez is the Director of the California Service Center, an agency within the DHS to whom the Secretary's authority has in part been delegated and is subject to the Secretary's supervision. Defendant Director is generally charged with the overall administration of benefits and immigration services. 8 C.F.R. § 100.2(A)

5. Defendant Scott Schools is the United States Attorney for the California Northern District and Defendant Rosemary Melville is the San Francisco District Director.

## JURISDICTION

6. Jurisdiction in this case is proper under 28 USC § 1331 and 1362, 5 USC § 701 *et seq.*, USC §2201 *et seq.* Relief is requested pursuant to said statutes.

## VENUE

7. Venue is proper in this court, pursuant to 28 USC § 1331(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where the Plaintiff resides and where a substantial part of the events or omissions giving rise to Plaintiff's claim occurred. Specifically, Plaintiff's application for naturalization was properly filed and, to Plaintiff's knowledge, remains pending with the San Francisco Citizenship and Immigration Services.

## EXHAUSTION OF REMEDIES

8. Plaintiff has exhausted her administrative remedies. Plaintiff and his attorney have made numerous inquiries concerning the status of the application to no avail.

## CAUSE OF ACTION

9. Plaintiff Gloria Luce Macias de Sandoval filed a Form N-400 naturalization application with the USCIS on or about July 22, 2005 and an interview was scheduled on December 16, 2005. **(Exhibit 1).**

10.     From May 18, 2006 to March 29, 2007, at least two written inquiries were made (**Exhibit 2).** To date, no decision has been made on Plaintiff's naturalization case.

11.     Plaintiff's application for naturalization has now remained unadjudicated for more than two years from the date of initial filing and almost two years from the date of the last interview.

12.     Defendants have sufficient information to determine Plaintiff's eligibility pursuant to applicable requirements. To date, said application had not been adjudicated in accordance with 8 C.F.R. §208.19.

13.     Defendant' refusal to act in the case is, as a matter of law, arbitrary and not in accordance with the law. Defendants willfully, and unreasonable, have delayed in and have refused to, adjudicate Plaintiff's application for about two years from the date of her naturalization interview, there by depriving Plaintiff of the right to a decision of her application and the peace of mind to which Plaintiff is entitled.

14.     Plaintiff has been damaged by the failure of Defendants to action accord with their duties under the law.

    a) Plaintiff has been damaged by simply being deprived of having United States citizenship along with its associated benefits, during the interminable pendency of her application.

      b) Plaintiff has also experienced tension in her life due to the uncertainty and anxiety stemming from the pendency of Plaintiff's application.

15. The defendants, in violation of the Administrative Procedures Act, 5 USC §701 *et seq.*, are unlawfully withholding or unreasonable delaying action on Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

16. Plaintiff and counsel have made numerous status inquiries in an attempt to secure a decision of Plaintiff's N-400 naturalization application, all to no avail.

**PRAYER**

17. WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon do consideration, the Court enter and order:

    a) requiring Defendants to adjudicate Plaintiff's naturalization application; and

    b) granting such other relief at law and inquiry as justice may require.

Dated:                              Respectfully submitted,

_____

Bruce C. Wong
Attorney at Law

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24