SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLORIA LUCE MACIAS de SANDOVAL, )<br>                                           )<br>                  Plaintiff,   )<br>                                           )<br>           v.                    )<br>                                           )<br>PETER D. KEISLER,* United States  )<br>Attorney General; EMILIO GONZALEZ, )<br>Director, United States Citizenship and )<br>Immigration Services; SCOTT SCHOOLS, )<br>United States Attorney, California Northern )<br>District; ROSEMARY MELVILLE, San )<br>Francisco District Director,          )<br>                                           )<br>                  Defendants.  )<br>_____ ) | No. C 07-4077 MJJ<br><br>**ANSWER** |

      The Defendants hereby submit their answer to Plaintiff's Complaint for Writ in the Nature of Mandamus.

      1. Paragraph One consists of Plaintiff's characterizations of law to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny that they have improperly withheld action on Plaintiff's application to her detriment.

**PARTIES**

      2. Defendants admit the majority of the allegations in Paragraph Two; however, Defendants

---

*Pursuant to Fed. R. Civ. P. 25(d)(1), Peter D. Keisler is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

aver that Plaintiff filed her naturalization application on July 22, 2005, and further aver that adjudication of Plaintiff's application is pending FBI name checks, not fingerprint background checks.

3. Defendants deny the allegations in Paragraph Three. The acting Attorney General of the United States is Peter D. Keisler.

4. Defendants admit the allegations in Paragraph Four.

5. Defendants admit the allegations in Paragraph Five.

**JURISDICTION**

6. Paragraph Six consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendant denies that this Court has jurisdiction under any of the provisions cited in Paragraph Six.

**VENUE**

7. Paragraph Seven consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required.

**EXHAUSTION OF REMEDIES**

8. Defendants deny that Plaintiff has exhausted her administrative remedies. Defendants admit that Plaintiff and her attorney have made inquired about the status of the case.

**CAUSE OF ACTION**

9. Defendants admit the allegations in Paragraph Nine.

10. Defendants admit the allegations in Paragraph Ten.

11. Defendants admit the allegations in Paragraph Eleven.

12. Defendants deny that they have sufficient information to render a decision on Plaintiff's application. Defendants admit that Plaintiff's naturalization application is still pending.

13. Paragraph Thirteen consists of Plaintiff's characterizations of law for which no answer is required; however, to the extent that such allegations are deemed to require an answer, Defendants deny the allegations contained in this paragraph.

14. Paragraph Fourteen consists of Plaintiff's characterizations of law for which no answer is required; however, to the extent that such allegations are deemed to require an answer, Defendants

1  deny the allegations contained in this paragraph.

2      15. Paragraph Fifteen consists of Plaintiff's characterizations of law for which no answer
3  is required; however, to the extent that such allegations are deemed to require an answer, Defendants
4  deny the allegations contained in this paragraph.

5      16. Defendants admit the allegations in Paragraph Sixteen.

## PRAYER

7      17. Paragraphs Seventeen consists of Plaintiff's prayer for relief, to which no admission or
8  denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny this
9  paragraph.

## AFFIRMATIVE AND/OR OTHER DEFENSES

11  All allegations not here before specifically admitted, denied, or modified are hereby denied.
12  For further and separate answer, Defendants allege as follows:

### FIRST AFFIRMATIVE DEFENSE

14  The Court lacks jurisdiction over the subject matter of this action.

### SECOND AFFIRMATIVE DEFENSE

16  The Complaint fails to state a claim against the Defendants upon which relief can be granted.

### THIRD AFFIRMATIVE DEFENSE

18  No acts or omissions by the United States or its employees were the proximate cause of any
19  injury or damages to the Plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

21  At all times alleged in the complaint, Defendants were acting with good faith, with
22  justification, and pursuant to authority.

### FIFTH AFFIRMATIVE DEFENSE

24  The Defendants are processing the application referred to in the Complaint to the extent
25  possible at this time. Accordingly, no relief as prayed for is warranted.

26  ///
27  ///
28  ///

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Date: October 9, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

ANSWER
C 07-4077 MJJ                                  4