SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLORIA LUCE MACIAS de SANDOVAL,<br><br>    Plaintiff,<br><br>    v.<br><br>PETER D. KEISLER,* United States Attorney General; EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services; SCOTT SCHOOLS, United States Attorney, California Northern District; ROSEMARY MELVILLE, San Francisco District Director,<br><br>    Defendants. | No. C 07-4077 MJJ<br><br>**ADR CERTIFICATION** |

    Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

    Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Plaintiff's request that this Court compel Defendants to

---

*Pursuant to Fed. R. Civ. P. 25(d)(1), Peter D. Keisler is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

ADR CERTIFICATION
C 07-4077 MJJ

1  adjudicate the application for naturalization. Given the substance of the action and the lack of any
2  potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax
3  court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed
4  from the ADR Multi-Option Program and that they be excused from participating in the ADR phone
5  conference and any further formal ADR process.

6  Dated: October 30, 2007                         Respectfully submitted,

7                                                  SCOTT N. SCHOOLS
                                                   United States Attorney
8

9                                                  _____/s/_____
                                                   MELANIE L. PROCTOR[1]
10                                                 Assistant United States Attorney
                                                   Attorneys for Defendants
11

12
   Dated: October 30, 2007                         _____/s/_____
13                                                 BRUCE WONG
                                                   Attorney for Plaintiffs
14

15                                    **ORDER**

16        Pursuant to stipulation, IT IS SO ORDERED.

17

18 Date:                                           _____
19                                                 MARTIN J. JENKINS
                                                   United States District Judge
20

---

28  [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ADR CERTIFICATION
C 07-4077 MJJ                              2