Clerk's Use Only

Initial for fee pd.:

Type name, address, phone number of applicant here
Bruce C. Wong WA State Bar 31208
580 California Street #1600
San Francisco, California 94104
Tel: (415) 439-4850

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Gloria Luce Macias de Sandoval

C 07 4077 MJJ

CASE NO. A#35551507

Plaintiff(s),

v.

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

_____ Defendant(s). _____/

Pursuant to Civil L.R. 11-3, Bruce C. Wong, an active member in good standing of the bar of Washington State, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Gloria Luce Macias de Sandoval in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Jimmy C.K. Wang Esq.
580 California St. #1600 San Francisco, California 94104 (415) 439-4850

I declare under penalty of perjury that the foregoing is true and correct.

IT IS SO ORDERED

Dated: 8-8-07

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE