SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLORIA LUCE MACIAS de SANDOVAL, | No. C 07-4077 MJJ |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |
| ALBERTO GONZALES, United States Attorney General; EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services; SCOTT SCHOOLS, United States Attorney, California Northern District; ROSEMARY MELVILLE, San Francisco District Director, | |
| Defendants. | |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the Plaintiff has been naturalized on November 6, 2007.

Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-4077 MJJ                                    1

1 | Dated: November 13, 2007          Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendants

Dated: November 13, 2007          _____/s/_____
BRUCE C. WONG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
MARTIN J. JENKINS
United States District Judge